**Entered on Docket
March 08, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-70257

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-34416-lbr |
| Kelly Finley and Priscilla Finley | Date: 2/17/2010<br>Time: 10:30 am |
| Debtors. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 5471 Florine St., Las Vegas, NV 89130, and legally described as

follows:

> THAT PROTION OF THE SOUTHEAST QUATER (SE 1/4) OF THE SOUTHWEST QUATER (SW 1/4) OF SECTION 1, TOWNSHIP 20 SOUTH , RANGE 60 EAST. M.D.M., DESCRIBED AS FOLLOWS:
>
> COMMENCING AT THE SOUTH QUATER (S 1/4) CORNER OF SECTION 1, ACCRODING TO REGISTERED PROFESSIONAL ENGINEERS FILE 6, PAGE 92, A SURVEY OF THE SOUTHWEST QUARTER (SW 1/4) OF SECTION 1, OF FILE IN THE OFFICE OF THE RECORDER OF SAID CLARK COUNTY;
>
> THENCE NORTH 0 DEGREES 09' 34" WEST, ALONG THE CENTER SECTION LINE 310.17 FEET;
> THENCE SOUTH 88 DEGREES 26' 16" WEST 30.01 FEET TO THE POINT OF BEGINNING;
> THENCE NORTH O DEGREES 9' 34" WEST 131.71 FEET OF THE POINT OF A TANGENT CURVE TO THE LEFT HAVING A RADIUS OF 10.00 FEET;
> THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 91 DEGREES 24' 10" AN ARE DISTANCE OF 15.95 FEET TO A POINT OF TANGENCY:
> THENCE SOUTH 0 DEGREES 9' 34" EAST 142.00 FEET;
> THENCE 88 DEGREES 26' 16" EAST 144.00 FEET TO THE POINT OF BEGINNING. (OTHERWISE KNOWN AS LOT FOUR (4) IN BLOCK THREE (3) OF TONOPAH TERRACE PARK UNRECORDED).

//

//

//

//

//

//

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2010

Submitted by:

WILDE & ASSOCIATES

By: /s/ #10745
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Stefanie Clement
9960 W. Cheyenne Ave.
Suite 190
Las Vegas, NV 89129
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
David A. Rosenberg
5030 Paradise Road #215
Las Vegas, NV 89119
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  \_\_\_\_ The court waived the requirements of LR 9021.
   \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
   \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
7  \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
8  \_\_\_\_ appeared at the hearing, waived the right to review the order
9  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
10 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
11 \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

12 \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
   parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 respond, as indicated below.

Debtor's counsel:
16 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
17 \_\_\_\_ appeared at the hearing, waived the right to review the order
18 \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
20 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

22 \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor