| | |
|---|---|
| 1 | DAVID A. ROSENBERG |
| | Nevada Bar No.: 10738 |
| 2 | US BANKRUPTCY TRUSTEE |
| | 5030 Paradise Road, #B-215 |
| 3 | Las Vegas, Nevada 89119 |
| | Phone: (702) 405-7312 |
| 4 | Fax: (702) 947-2244 |
| | darosenberg@7trustee.net |

RECEIVED
AND [illegible]

JUL 1  2 49 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In Re: | Case No.: BK-S-09-34416 LBR |
|---|---|
| KELLY FINLEY | |
| PRISCILLA FINLEY | Chapter 7 |
| Debtor(s) | Hearing Date : N/A |
| | Hearing Time: N/A |

To: United States Bankruptcy Court Clerk

From: David A. Rosenberg, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant Address | CAS 10600 | CAS 613300 |
|---|---|---|---|
| 2 | NCO Financial Systems | | $102.22 |
| | 507 Prudential Road | | |
| | Horsham, PA 19044 | | |
| 3 | Wells Fargo Bank | | $4,428.86 |
| | 3300 W Sahara Ave | | |
| | Las Vegas, NV 89102 | | |
| | Total | $0.00 | $4,531.08 |

Date: June 24, 2011

*David A. Rosenberg Trustee* (signature)

Note: Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 go into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.

1

Receipt #202839  $4531.08